# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**MICHAEL CLINTON ELEOPOULOS**                                    **PLAINTIFF**

**v.**                                                                                         **No. 1:21CV47-DAS**

**LEE COUNTY TUPELO ADULT JAIL, ET AL.**                          **DEFENDANTS**

## ORDER REQUIRING PLAINTIFF TO PROVIDE
## DOCUMENTATION OF ATTEMPTS TO OBTAIN
## INMATE ACCOUNT INFORMATION

The court takes up the matter of the plaintiff's attempts to provide the court with his inmate account information so the court may determine whether he is entitled to proceed as a pauper. The plaintiff states [12] that he has submitted two requests to the Inmate Legal Assistance Program and has also filed a grievance, to no avail. He did not, however, document these efforts with the court.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with documentation of his attempts to obtain his inmate account information. Failure to do so will result in the dismissal of this case under Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED**, this, the 21st day of June, 2021.

                                                            /s/ David A. Sanders
                                                            DAVID A. SANDERS
                                                            UNITED STATES MAGISTRATE JUDGE