IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MICHAEL CLINTON ELEOPOULOS**                              **PLAINTIFF**

v.                                                                                                    **No. 1:21CV47-DAS**

**LEE COUNTY TUPELO ADULT JAIL, ET AL.**                       **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO NAME
### VALID DEFENDANT WITHIN 21 DAYS

The plaintiff in this case has named only the "Lee Co Tupelo Adult Jail" and "Medical Dept" as defendants in this case; however, neither of these entities is a proper defendant in a case proceeding under 42 U.S.C. § 1983. As such, the plaintiff must name at least one valid defendant and explain how that defendant participated in the events giving rise to this suit. The deadline for identifying a valid defendant to the court is 21 days from the date of this order. Failure to comply with this order will result in the dismissal of this case without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with an order of the court.

**SO ORDERED**, this, the 15th day of July, 2021.

                                                                           /s/ David A. Sanders
                                                                           DAVID A. SANDERS
                                                                           UNITED STATES MAGISTRATE JUDGE