IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MICHAEL CLINTON ELEOPOULOS** **PLAINTIFF**

v. No. 1:21CV47-DAS

**LEE COUNTY TUPELO ADULT JAIL, ET AL.** **DEFENDANTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On July 15, 2021, the court entered an order requiring the plaintiff to name a valid defendant in this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on August 6, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 10th day of August, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE